## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| John Kretchmar | ) | 08 B 24430 |
| | ) | Hon. Jack Schmetterer |
| Debtor | ) | Hearing Date: 4/13/10 |
| | ) | Hearing Time: 11:00 a.m. |

### ORDER

This cause coming to be heard upon the "**Motion to Continue Trial**" proper notice having been provided and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

(1) A continued status hearing on the Debtor's objection to the claim of the IRS shall be held on June 15, 2010 at 11:00 A.M.

(2) The trial scheduled for May 10, 2010 at 1:30 P.M. is vacated, and Final pre Trial Order is vacated.

Dated: 4/13/10

_____
Bankruptcy Judge

APR 13 2010