# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re:  John Kretchmar | ) | Chapter 11 |
| | ) | |
| Debtor | ) | No. 08 B 24430 |
| | ) | Hon. Jack B. Schmetterrer |
| | ) | Hearing Date: 06/15/10 |
| | ) | Hearing Time: 11:00 a.m. |
| | ) | |

## FINAL DECREE

The Court having entered an Order confirming the Debtor's Plan of Reorganization; the Chapter 11 Case of the above named Debtor having been fully administered; and the Debtor having taken the actions required of him and having made the payments required to be made under the Debtor's confirmed Plan as of the date hereof,

IT IS HEREBY ORDERED THAT, pursuant to the terms of the Debtor's confirmed Plan, John Kretchmar is hereby discharged as Debtor-in-Possession, the Debtor is granted a discharge of any and all debts that arose before the Petition Date and any debt of a kind specified in 11 USC §§ 502(g), 502(h) or 502(i), and the captioned Chapter 11 Case is hereby closed.

Dated: 6/15/10

Enter: _____
Bankruptcy Judge

JUN 1 5 2010