B18RI (Form 18RI) (12/09)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 08–24430**
**Chapter 11**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Kretchmar
   400 E Randolph
   Chicago, IL 60601

Social Security / Individual Taxpayer ID No.:
   xxx–xx–3775

Employer Tax ID / Other nos.:

## DISCHARGE OF INDIVIDUAL DEBTOR IN A CHAPTER 11 CASE

      It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1141(d) of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>June 16, 2010</u>　　　　　　　　　　　　　　　<u>Kenneth S. Gardner, Clerk</u>
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18RI (12/09)*

**EXPLANATION OF BANKRUPTCY DISCHARGE
OF AN INDIVIDUAL IN A CHAPTER 11 CASE**

This court order grants a discharge to the person named as the debtor. The discharge is issued after the debtor has completed all payments under the chapter 11 plan or the court has determined, after notice and a hearing, that the debtor is entitled to a discharge pursuant to section 1141(d)(5)(B) of the Bankruptcy Code without completing the chapter 11 plan payments. The discharge is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect a discharged debt from the debtor. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property,* there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

If a creditor has a lien, such as a mortgage or security interest, and the lien was not eliminated by the plan or by court order, the creditor may have the right to enforce the lien if the debtor fails to satisfy the lien claim as required by the plan. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts that are Discharged and Debts that are Not Discharged**

Except as otherwise specified in the chapter 11 plan, in the order confirming that plan, or in section 1141(d) of the Bankruptcy Code, the discharge eliminates the debtor's legal obligation to pay a debt which arose before confirmation of the plan.

Most, but not all, types of debts are discharged, but section 1141(d)(2) of the Code provides that certain types of debts are not discharged in an individual debtor's chapter 11 bankruptcy case. Some of the common types of debts which are not discharged are:

a. Debts for most taxes and debts incurred to pay nondischargeable taxes;

b. Debts that are domestic support obligations;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, and criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

f. Some debts which were not properly listed on the bankruptcy schedules by the debtor;

g. Debts that the bankruptcy court has specifically decided in this case are not discharged; and

h. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney concerning the effect of the discharge.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pgordon                Page 1 of 2                   Date Rcvd: Jun 16, 2010
Case: 08-24430                 Form ID: b18ri               Total Noticed: 76


The following entities were noticed by first class mail on Jun 18, 2010.
db           +John Kretchmar,    400 E Randolph,    Chicago, IL 60601-7329
aty          +Chester H. Foster, Jr.,    Foster, Kallen & Smith,    3825 W 192nd St,    Homewood, IL 60430-4314
aty          +Foster, Kallen & Smith,    Foster, Kallen & Smith,    3825 West 192nd Street,
               Homewood, IL 60430-4314
aty          +Justin B Foster,    Foster, Kallen & Smith,    3825 W. 192nd St,    Homewood, IL 60430-4314
12610062     +400 E. Randolph Condominium Assoc.,    350 W. Hubbard #500,    Chicago, IL 60654-6939
12610065      AT&T,    P.O Box 8100,    Aurora, IL 60507-8100
12745278     +Apelern, Inc,    31 N. Vermillion 3146A,    Danville, IL  61832
12610063     +Arnstein & Lehr,    120 S. Riverside Plaza,    Chicago, IL 60606-3941
12610064     +Associated Bank,    5200 N. Central Ave.,    Chicago, IL 60630-4618
12859048     +Associated Bank f/k/a Associated Loan Services,    Associated Loan Services,
               Attn: Asset Recovery Dept,    1305 Main Street,    Stevens Point, WI 54481-2898
12908342     +Associated Bank, National Association,    Jones & Jacobs,    77 W.Washington Stsreet,    Suite 2100,
               Chicago, IL 60602-2903
12610066     +Board Managers,    c/o Arnstein & Lehr,    120 S. Riverside Plaza,    Chicago, IL 60606-3913
12745279      Bryant Fitness,    31 N. Vermillion #3130,    Danville, IL  61832
12745280     +Buzz Sawyer,    1400 E. 55th Pl, #911S,    Chicago, IL 60637-1892
12610067     +Caliente Apartments Condominium Association, Inc,    c/o Antonio Duarte, III,
               6221 Land o' Lakes Blvd,    Land O Lakes, FL 34638-3215
12745281      Cancoil USA, Inc.,    31 N. Vermillion,    Danville, IL  61832
12610069     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12610068     +Citi,    P.o. Box 6500,    Sioux Falls, SD 57117-6500
12610071      Comcast,    P.O. Box 3001,    Southeastern, PA 19398-3001
12610072     +Denise O'Conner,    142 Whispering Lake Drive,    Palos Park, IL 60464-2533
12610075     +Fifth Third Bank,    251 N. Illinois Street Suite 1000,    Indianapolis, IN 46204-1937
12610074     +Fifth Third Bank,    c/o Jeffrey Monberg,    Krieg DeVault LLp,    833 W. Lincon Highway, Suite 410W,
               Schererville, IN 46375-4602
12610076     +First Midwest,    27 N. Vermilion Street,    Danville, IL 61832-5887
13017558     +First Midwest Bank,    c/o Randall & Kenig LLP,    455 N. Cityfront Plaza Drive,    Suite 2510,
               Chicago, Illinois 60611-5323,    Attn.: Scott H. Kenig, Esq.
12610077     +FoxPine Inn Association,    c/o Helmer & Mcelyea, LLC,    P O Box 868,    Frisco, CO 80443-0868
12610078     +Fred Harbecke,    29 S. LaSalle St.,    Suite 945,    Chicago, IL 60603-1526
12745292      Gail Mills LCSW Hope Counseling,    31 N. Vermillion #3166,    Danville, IL  61832
12610080     +Heritage Millennium Condo Ass.,    8020 Innovation Way,    Chicago, IL 60682-0080
12610081     +House Investments,    250 W. 103rd Street,    Indianapolis, IN 46290-1092
13019053     +House Investments Real Estate Opportunity Fund III,    Michael L Ralph Sr,
               Richards Ralph & Schwab Chtd,    175 E Hawthorn Pkwy Ste 345,    Vernon Hills, IL 60061-1460
13019054     +House Investments Real Estate Opportunity Fund IV,,    Michael L Ralph,
               Richards Ralph & Schwab Chtd,    175 E Hawthorn Pkwy Ste 345,    Vernon Hills, IL 60061-1460
12745298     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,    PO Box 21126,
               Philadelphia PA 19114)
12745289     +Indian Village Development Corp.,    400 E. Randolph, Suite 500,    Chicago, IL 60601-7316
13018143     +Indian Village Parking Condominium Association,    c/o Steven Christenholz,    4920 N Bell Avenue,
               Chicago, Il 60625-1924
12745293      Iron Blossom,    Unit 707.10,    Snowbird, UT  84092
12610082     +Jeffrey C. Rappin Employees,    Retirement Plan & Trust,    Jeff Rappin,
               566 W. Lake Street, Suite 400,    Chicago, IL 60661-1414
12610083     +Jeffrey Monberg,    833 W. Lincoln Hwy, Suite 410W,    Schererville, IN 46375-4602
12610084     +Kovitz Shifrin Nesbit,    750 Lake Cook Rd. 350,    Buffalo Grove, IL 60089-2086
12745282     +Kyle Mitchell,    1400 E. 55th Pl. #913s,    Chicago, IL 60637-1892
12610085     +Lakeside Bank,    141 W. Jackson Blvd,    Chicago, IL 60604-2992
13019411     +Lakeside Bank,    Vincent J Tolve,    55 W Wacker Drive,    Chicago, Il 60601-1609
12745283     +Lettuce Entertain You,    5419 N Sheridan Rd #C-1,    Chicago, IL 60640-1964
12610086     +Levenfeld, Pearlstein,    2 N. LaSalle, 13th Floor,    Chicago, IL 60602-3709
12745284      Manpower,    31 N. Vermillion #3120,    Danville, IL  61832
12610087     +Marquette Bank,    10000 W. 151st Street,    Orland Park, IL 60462-3140
12862396     +Marquette National Bank,    Attn: Peggy Majewski,    9612 W. 143rd Street,
               Orland Park, IL 60462-2000
12745285      Media One,    31 N. Vermillion #3142,    Danville, IL  61832
12610088     +Michael Tomasek,    10412 S. Millard,    Chicago, IL 60655-3124
12610089     +National City Mortgage Co.,    3232 Newmark Dr.,    Miamisburg, OH 45342-5433
12610090     +Park National Bank,    c/o Burke & White PC,    5330 Main Street Ste 200,
               Downers Grove, Il 60515-4845
12610091     +Park Tower Condominium Association,    8020 Innovation Way,    Chicago, IL 60682-0080
12610092     +Patrick Schlueter,    2830 Cummings Rd,    Hendersonville, NC 28739-8866
12745294      Professional Physical Therapy,    31 N. Vermillion, #3164,    Danville, IL  61832
12745286      Professional Physical Therapy,    31 N. Vermillion #3164,    Danville, IL  61832
12610093     +Progress Energy Florida, Inc.,    P.O. Box 33199,    Saint Petersburg, FL 33733-8199
12745277     +Puritan Finance Corporation,    55 W. Monroe,    Suite 3590,    Chicago, IL 60603-5050
12610094     +Puritan Finance Corporation,    c/o Fred R. Harbecke,    29 S. LaSalle, Suite 945,
               Chicago, IL 60603-1526
12610095      RCN,    P.O. Box 747089,    Pittsburgh, PA 15274-7089
12610096     +Realty Title & Escrow Company, Inc,    c/o Robert J. Ames,    1187 Old Hickory Blvd,
               Brentwood, TN 37027-4240
12610073     +Richard Dick Schomburg,    Harold E McKee,    Riordan McKee & Piper LLC,
               10 N Dearborn Street 4th Floor,    Chicago, IL 60602-4326
12610097     +Richard Hyland,    c/o McFadden & Dillon,    120 S. LaSalle #1335,    Chicago, IL 60603-3581
12745290     +Rudy Realty title & Escrow Company,    3815 Cleghorn Ave,    Nashville, TN 37215-2531
13016527      Rudy Title & Escrow LLC,    Linda W Knight,    Gullet Sanford Robinson & Martin,    P O Box 198888,
               Nashville, TN 37219-8888
12610098     +Sandra Franco,    5330 Main Street, Suite 200,    Downers Grove, IL 60515-4845
```

```
District/off: 0752-1          User: pgordon              Page 2 of 2                  Date Rcvd: Jun 16, 2010
Case: 08-24430                Form ID: b18ri             Total Noticed: 76

12745287      Scott Holycross,    31 N. Vermillion #3146,    Danville, IL  61832
12745288      Shelter Insurance,    31 N. Vermillion #3154,    Danville, IL  61832
12745297     +Stephanie Kretchmar,    400 E. Randolph #1001,    Chicago, IL 60601-5024
12610099      Steven Meisner,    Brewer, Krause, Brooks, Chastain,    P.O. Box 23890,    Nashville, TN 37202-3890
12610100      T-Mobile,    P.O. Box 742596,    Cincinnati, OH 45274-2596
12745291     +Tennessee Bank & Trust,    9000 Carothers Parkway,    Franklin, TN 37067-6249
12610101     +Tennessee Bank & Trust,    c/o Jospeh J. Jensen,    Stites & Harbison,    604 West Main Street,
               Franklin, TN 37064-2787
12610102     +Towner Clark,    Box 2142,    Danville, IL 61834-2142
12610103     +United Health Care,    4316 Rice Lake Road,    Duluth, MN 55811-4012
12610104     +University Park Condo Association,    1400 E. 55th Place,    Chicago, IL 60637-1876
12610105     +Wachovia Mortgage, FSB f/k/a Wachovia Mortg. Corp.,    Servicing and Operations Division,    NC4717,
               1100 Corporate Center Drive,    Raleigh, NC 27607-5066
The following entities were noticed by electronic transmission on Jun 16, 2010.
12610070      E-mail/Text: legalcollections@comed.com                          Com Ed,    Bill Payment Center,
               Chicago, IL 60668-0002
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12610079      GE Capital
12924884*    +FoxPine Inn Association,    c/o Helmer & Mcelyea, LLC,    P O Box 868,    Frisco, CO 80443-0868
12745295*     Scott Holycross,    31 N. Vermillion,    #3146,    Danville, IL  61832
12745296*     Shelter Insurance,    31 N. Vermillion,    #3154,    Danville, IL  61832
                                                                                             TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2010**                    **Signature:** *Joseph Speetjens*